# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * *<br>**BLUECROSS BLUESHIELD OF<br>NORTH DAKOTA,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**UNITED STATES,**<br><br>　　　　　　**Defendant.**<br>* * * * * * * * * * * * * * * * * * * | *<br>*<br>*<br>*<br>*<br>*   **No. 20-846C**<br>*   **Filed: September 8, 2020**<br>*<br>*<br>*<br>*<br>* |

## O R D E R

    The court is in receipt of the parties' September 1, 2020 joint stipulation for the entry of final judgment. Pursuant to the parties' joint stipulation for the entry of judgment, containing an agreed amount for judgment, the court enters judgment in favor of the plaintiff in the amount of $381,620.63 on Count I of plaintiff's complaint. As a condition of the entry of judgment, Blue Cross Blue Shield of North Dakota (HIOS no. 37160), and any and all of the Plaintiff's affiliated entities, release the United States, its agencies, instrumentalities, officers, agents, employees, and servants, from all claims (including attorney fees, costs, and expenses of every kind and however denominated) that Blue Cross Blue Shield of North Dakota (HIOS no. 37160), and any and all of the Plaintiff's affiliated entities, has asserted, could have asserted, or may assert in the future against the United States, its agencies, instrumentalities, officers, agents, employees, and servants, arising under Section 1342 of the ACA. This release does not relate to plaintiff's separate complaint in <u>Blue Cross Blue Shield of North Dakota v. United States</u>, Case. No. 18-1983C to recover damages for unpaid Cost Sharing Reduction payments. The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

    **IT IS SO ORDERED**.

                                                     <u>s/Marian Blank Horn</u><br>                                                   **MARIAN BLANK HORN**<br>                                                           **Judge**